Argued and submitted February 28; resubmitted In Banc July 10, convictions affirmed; remanded for resentencing August 28, 1996

STATE OF OREGON,
*Respondent,*

*v.*

RALPH E. MARMON,
*Appellant.*

(C9306-33861; CA A88323)

923 P2d 1239

In Banc

Dan Maloney, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Allison,* 143 Or App 241, 923 P2d 1224 (1996); *State v. Brown,* 143 Or App 263, 923 P2d 1236 (1996).

Leeson, J., concurring.

**LEESON, J.,** concurring.

I concur in this case for the same reasons stated in my concurrence in *State v. Allison,* 143 Or App 241, 256, 923 P2d 1224 (1996).

Deits, Riggs and De Muniz, JJ., join in this concurring opinion.